IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL L. WHITAKER                                                                                                PLAINTIFF

V.                                                  2:26-CV-02010-MEF

FRANK BISIGNANO, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Daniel L. Whitaker, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (ECF No. 2). On March 4, 2026, Plaintiff filed a Motion to Dismiss after he had been ordered to show cause for his failure to respond to a directive that he either pay the filing fee or file an IFP application by February 11, 2026. (ECF Nos. 5, 7). Plaintiff now seeks dismissal without prejudice. (ECF No. 7).

Accordingly, Plaintiff's Motion to Dismiss is hereby GRANTED, and the clerk is directed to DISMISS Plaintiff's case without prejudice.

IT IS SO ORDERED on this 6th day of March 2026.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE