IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL L. WHITAKER                                                                                       PLAINTIFF

V.                                              2:26-CV-02010-MEF

FRANK BISIGNANO, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this 6th day of March 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE